UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA R BAILEY, | ) | |
| | ) | CASE NO. C05-4011MWB |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| JOANNE B BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

The Court reverses the ALJ's decision and remands this case to the Commissioner for further development of the record.

DATED:   March 23, 2006

<u>Pridgen J Watkins - Clerk</u>

BY: s/KFS
Deputy Clerk