IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| PAMELA R. BAILEY,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | No. C05-4011-MWB<br><br>ATTORNEY FEE JUDGMENT<br>IN A CIVIL CASE |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Attorney fees are hereby awarded to the plaintiff in the amount of Four Thousand Seven Hundred Forty-Eight dollars and seventy-two cents ($4,748.72).

Dated: March 27, 2007               PRIDGEN J. WATKINS
                                              Clerk

                                              /s/ des
                                              (By) Deputy Clerk